**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **De Fig Flooring, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  SD Flooring** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **94-3282964** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **725 Industrial Road #C** <br> **San Carlos, CA 94070** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **San Mateo** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Case: 24-30294   Doc# 1   Filed: 04/26/24   Entered: 04/26/24 15:33:37   Page 1 of 36

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __5713__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   **business has inventory and office supplies available.**

**Where is the property?**   **725 Industrial Road #C**
**San Carlos, CA, 94070-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.    Estimated liabilities**
      ☐ $0 - $50,000                  ■ $1,000,001 - $10 million            ☐ $500,000,001 - $1 billion
      ☐ $50,001 - $100,000             ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
      ☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
      ☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million     ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2024**
               MM / DD / YYYY

**X** **/s/ Steve De Figueiredo**            **Steve De Figueiredo**
Signature of authorized representative of debtor       Printed name

Title    **Sole Shareholder**

**18. Signature of attorney**

**X** **/s/ Eddy Hsu**            Date **April 26, 2024**
Signature of attorney for debtor           MM / DD / YYYY

**Eddy Hsu**
Printed name

**Law Office of Eddy Hsu**
Firm name

**1900 South Norfolk Street, Suite 350**
**San Mateo, CA 94403**
Number, Street, City, State & ZIP Code

Contact phone   **650-577-5950**      Email address   **eddyhsu@ehsulaw.com**

**245390 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name    **De Fig Flooring, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 26, 2024**    *X* **/s/ Steve De Figueiredo**
                                        Signature of individual signing on behalf of debtor

                                        **Steve De Figueiredo**
                                        Printed name

                                        **Sole Shareholder**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **De Fig Flooring, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                            12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $ _____**0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................   $ _____**56,930.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................   $ _____**56,930.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____**256,601.69**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____**0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____**1,920,038.82**

4.   **Total liabilities** .........................................................................................................................
   Lines 2 + 3a + 3b

   $ _____**2,176,640.51**

Case: 24-30294    Doc# 1    Filed: 04/26/24    Entered: 04/26/24 15:33:37    Page 7 of 36

| Fill in this information to identify the case: |
|---|

| Debtor name | **De Fig Flooring, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Chase Business Account ending 1850** | **Checking** | **1850** | **$5.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$5.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Case: 24-30294   Doc# 1   Filed: 04/26/24   Entered: 04/26/24 15:33:37   Page 8 of 36

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Mutiple buckets of adhensives and finishing.  Retail cost over $5,000.00. Liquidation value unknown.** | | $0.00 | Recent cost | $5,000.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Flooring inventory - multiple rolls of carpet, vinyl.  Mutiple boxes of flooring edges, wiring, and carpeting.  Boxes of tile and hardwood. Retail cost is over $50,000 but liquidation cost is unknown.** | | $0.00 | Recent cost | $50,000.00 |
| 22. | **Other inventory or supplies** **misc office supplies such as coffee maker, toaster, plastic spoons and forks.** | | $0.00 | Liquidation | $25.00 |

| 23. | **Total of Part 5.** | | | | $55,025.00 |
|---|---|---|---|---|---|

       Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** Desks - large and wooden | $0.00 | Liquidation | $100.00 |
| | Large filing cabinets | $0.00 | Liquidation | $500.00 |
| | Refigerator - white, 2 door | $0.00 | Liquidation | $100.00 |
| | Glass table - approx 6x4 | $0.00 | Liquidation | $50.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Misc computers, monitors, and cables, etc | $100.00 | Liquidation | $100.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $850.00 |
| --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Case: 24-30294    Doc# 1    Filed: 04/26/24    Entered: 04/26/24 15:33:37    Page 10 of 36

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| (2) pallet jacks | $500.00 | Liquidation | $500.00 |
| metal racks, pallets.  Racks are attached to each other. | $0.00 | Liquidation | $250.00 |
| heavily used shop vacs, table saw, floor sander - working condition unknown | $0.00 | Liquidation | $200.00 |
| jukebox - old and working condition unknown | $0.00 | Liquidation | $100.00 |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $1,050.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor __De Fig Flooring, Inc.__          Case number *(If known)* _____
      Name

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $55,025.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $850.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,050.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $56,930.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $56,930.00 |

Case: 24-30294    Doc# 1    Filed: 04/26/24    Entered: 04/26/24 15:33:37    Page 12 of 36

Debtor name **De Fig Flooring, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

<u>Official Form 206D</u>
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **District Council 16 Nor Cal H&W Trust** | Describe debtor's property that is subject to a lien | **$200,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**5100-B1 Clayton Road, Ste 373**
**Concord, CA 94521**

Creditor's mailing address

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

| 2.2 | **JPMorgan Chase Bank, NA** | Describe debtor's property that is subject to a lien | **$56,601.69** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 6026**
**IL1-1145**
**Chicago, IL 60680**

Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **De Fig Flooring, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $256,601.69

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **District Council 16 Nor Cal Journeyman**<br>**5100-B1 Clayton Rd, Ste 373**<br>**Concord, CA 94521** | Line  **2.1** | |
| **Jim Maggiore**<br>**5100-B1 Clayton Rd, Ste 373**<br>**Concord, CA 94521** | Line  **2.1** | |
| **John Maggiore**<br>**5100-B1 Clayton Rd, Ste 373**<br>**Concord, CA 94521** | Line  **2.1** | |
| **Robert Williams**<br>**5100-B1 Clayton Rd, Ste 373**<br>**Concord, CA 94521** | Line  **2.1** | |

Debtor name    **De Fig Flooring, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,936.87** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**100 N. Tyron St**<br>**Charlotte, NC 28202**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Credit Card_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$341.35** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Bentley Mills**<br>**14641 East Don Julian Road**<br>**La Puente, CA 91746**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$161,067.83** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Big D**<br>**2802 W Virginia Ave**<br>**Phoenix, AZ 85009**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,729.83** |

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$71,706.25** |

**3.5**   **Nonpriority creditor's name and mailing address**

**BR Funston & Tom Duffy Co**
**105 Industrial Park Drive**
**Manteca, CA 95337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$71,706.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**   **Nonpriority creditor's name and mailing address**

**BT Marcini**
**876 S. Milpitas Blvd**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$14,732.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**   **Nonpriority creditor's name and mailing address**

**CAL Blinds**
**641 University Ave**
**Los Gatos, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$19,686.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8**   **Nonpriority creditor's name and mailing address**

**Capital One Bank (USA), N.A**
**PO Box 71083**
**Charlotte, NC 28272-1083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$20,113.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**   **Nonpriority creditor's name and mailing address**

**Citicard**
**5800 S Corporate Place**
**Sioux Falls, SD 57108**

Date(s) debt was incurred _

Last 4 digits of account number **4021**

As of the petition filing date, the claim is: *Check all that apply.*     **$50,182.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10**   **Nonpriority creditor's name and mailing address**

**Citicard/ Home Depot**
**5800 S Corporate Place**
**Sioux Falls, SD 57108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,649.91**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11**   **Nonpriority creditor's name and mailing address**

**CS Construction**
**125 State Route 123 W**
**Clinton, KY 42031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$11,658.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-30294   Doc# 1   Filed: 04/26/24   Entered: 04/26/24 15:33:37   Page 16 of 36

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,941.00** |
|---|---|---|---|
| | **DH Scott**<br>**900 Market St.**<br>**Redding, CA 96001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,229.48** |
|---|---|---|---|
| | **Diamond W**<br>**19321 E. Walnut Drive**<br>**Rowland Heights, CA 91748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,769.59** |
|---|---|---|---|
| | **El Dorado Forklift**<br>**3582 Haven Ave**<br>**Redwood City, CA 94063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$383,368.96** |
|---|---|---|---|
| | **Franchise Tax Board**<br>**PO BOX 942867**<br>**Sacramento, CA 92467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,517.60** |
|---|---|---|---|
| | **Galleher**<br>**9303 Greenleaf**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$246,500.00** |
|---|---|---|---|
| | **Interior Finishes**<br>**1372 Elizabeth Court**<br>**Walnut Creek, CA 94596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,054.54 |
|---|---|---|---|

**Karndean**
**1100 Pontiac Court**
**Bushy Run Corporate Park**
**Export, PA 15632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,022.63 |
|---|---|---|---|

**Matter Surfaces**
**179 Campanelli Parkway**
**Stoughton, MA 02072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,336.69 |
|---|---|---|---|

**Robust**
**310 W. Hamilton Ave #200**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $378,738.00 |
|---|---|---|---|

**State EDD**
**800 Capital Mall, MIC 53**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**State Fund**
**Attn. Premium Audit**
**Fresno, CA 93729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,516.25 |
|---|---|---|---|

**Tarkett**
**30000 Aurora Rd**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,645.24 |
|---|---|---|---|

**Triwest**
**17690 Shideler Pkwy**
**Lathrop, CA 95330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,300.00** |
|---|---|---|---|

**Tuffy Transport**
**731 E. Yosemite Ave #B319**
**Merced, CA 95340**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,590.29** |
|---|---|---|---|

**US Bank**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2510**

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,921.45** |
|---|---|---|---|

**US Bank**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3294**

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$241,047.11** |
|---|---|---|---|

**US Bank**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,302.04** |
|---|---|---|---|

**West Auctions Inc**
**PO Box 278**
**Woodland, CA 95776**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,434.43** |
|---|---|---|---|

**WSL**
**3200 E Trent Ave, Ste 3F**
**Spokane, WA 99202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gibbs Giden Locher Turner Senet Wittbrod**<br>**12100 Wilshire Boulevard, Suite 300**<br>**Los Angeles, CA 90025** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **De Fig Flooring, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2    **Law Offices of Steven L. Pollak**<br>**700 El Camino Real, Suite 201**<br>**Millbrae, CA 94030** | Line   __3.17__<br><br>☐   Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    **0.00** |
| **5b. Total claims from Part 2** | 5b.   **+** | $    **1,920,038.82** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    **1,920,038.82** |

Fill in this information to identify the case:

Debtor name    **De Fig Flooring, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest — **Commercial Plotter and Copier** | |
| State the term remaining | |
| List the contract number of any government contract | **ARC Document Solutions**<br>**829 Cherry Ln**<br>**San Carlos, CA 94070** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest — **landlord** | |
| State the term remaining | |
| List the contract number of any government contract | **Tony Egan**<br>**725 Industrial Rd #A**<br>**San Carlos, CA 94070** |

Case: 24-30294   Doc# 1   Filed: 04/26/24   Entered: 04/26/24 15:33:37   Page 21 of 36

Debtor name      **De Fig Flooring, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **Steve De Figueiredo** | | **JPMorgan Chase Bank, NA** | ☑ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

Case: 24-30294    Doc# 1    Filed: 04/26/24    Entered: 04/26/24 15:33:37    Page 22 of 36

**Fill in this information to identify the case:**

Debtor name **De Fig Flooring, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **7/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$120,251.76** |
| **For year before that:** From **7/01/2022** to **6/30/2023** | ■ Operating a business<br>☐ Other _____ | **$8,873,365.00** |
| **For the fiscal year:** From **7/01/2021** to **6/30/2022** | ■ Operating a business<br>☐ Other _____ | **$13,624,118.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case: 24-30294   Doc# 1   Filed: 04/26/24   Entered: 04/26/24 15:33:37   Page 23 of 36

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **ARC Document Solutions 829 Cherry Ln San Carlos, CA 94070** | **Commercial Plotter and Copier** | **April 2024** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **BR Funston & Tom Duffy Co v De Fig Flooring 24-CIV-01707** | **Breach of contract** | **Superior Court of San Mateo 400 County Center Redwood City, CA 94063** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Interior Finishes v De Fig Flooring CGC-24-613260** | **Breach of Contract** | **Superior Court of San Francisco 400 McAllister St San Francisco, CA 94102** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **District Council 16 Nor Cal H&W Trust, et all v SD Flooring 3:24-cv-00151-AMO** | | **United States District Court, Nor Cal** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:** Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:** Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Eddy Hsu**<br>**1900 South Norfolk Street**<br>**Suite 350**<br>**San Mateo, CA 94403** | **Attorney Fees** | **April 3, 2024** | **$35,000.00** |
| | Email or website address<br>eddyhsu@ehsulaw.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Case: 24-30294    Doc# 1    Filed: 04/26/24    Entered: 04/26/24 15:33:37    Page 25 of 36

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
| --- | --- | --- | --- |

## Part 7: Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | | | Dates of occupancy<br>From-To |
| --- | --- | --- | --- |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
| --- | --- | --- |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **Negative<br>checking<br>account. closed<br>2024** | **$0.00** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Case: 24-30294    Doc# 1    Filed: 04/26/24    Entered: 04/26/24 15:33:37    Page 26 of 36

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Case: 24-30294    Doc# 1    Filed: 04/26/24    Entered: 04/26/24 15:33:37    Page 27 of 36

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **De Fig Flooring, Inc** | **Flooring business** | EIN:<br><br>**From-To   1997 to cuurent** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **DH Scott**<br>**900 Market St.**<br>**Redding, CA 96001** | **multiple years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steve De Figueiredo** | | **Sole shareholder** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Case: 24-30294    Doc# 1    Filed: 04/26/24    Entered: 04/26/24 15:33:37    Page 28 of 36

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**April 26, 2024**___

___**/s/ Steve De Figueiredo**___          ___**Steve De Figueiredo**___
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Sole Shareholder**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Case: 24-30294   Doc# 1   Filed: 04/26/24   Entered: 04/26/24 15:33:37   Page 29 of 36

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

    **De Fig Flooring, Inc.**

_____ Debtor(s).        /

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __5__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **April 26, 2024**


                **/s/ Eddy Hsu**
                _____
                Signature of Debtor's Attorney or Pro Per Debtor

American Express
PO Box 981535
El Paso, TX 79998


ARC Document Solutions
829 Cherry Ln
San Carlos, CA 94070


Bank of America
100 N. Tyron St
Charlotte, NC 28202


Bentley Mills
14641 East Don Julian Road
La Puente, CA 91746


Big D
2802 W Virginia Ave
Phoenix, AZ 85009


BR Funston & Tom Duffy Co
105 Industrial Park Drive
Manteca, CA 95337


BT Marcini
876 S. Milpitas Blvd
Milpitas, CA 95035


CAL Blinds
641 University Ave
Los Gatos, CA 95032

Capital One Bank (USA), N.A
PO Box 71083
Charlotte, NC 28272-1083


Citicard
5800 S Corporate Place
Sioux Falls, SD 57108


Citicard/ Home Depot
5800 S Corporate Place
Sioux Falls, SD 57108


CS Construction
125 State Route 123 W
Clinton, KY 42031


DH Scott
900 Market St.
Redding, CA 96001


Diamond W
19321 E. Walnut Drive
Rowland Heights, CA 91748


District Council 16 Nor Cal H&W Trust
5100-B1 Clayton Road, Ste 373
Concord, CA 94521


District Council 16 Nor Cal Journeyman
5100-B1 Clayton Rd, Ste 373
Concord, CA 94521

El Dorado Forklift
3582 Haven Ave
Redwood City, CA 94063


Franchise Tax Board
PO BOX 942867
Sacramento, CA 92467


Galleher
9303 Greenleaf
Santa Fe Springs, CA 90670


Gibbs Giden Locher Turner Senet Wittbrod
12100 Wilshire Boulevard, Suite 300
Los Angeles, CA 90025


Interior Finishes
1372 Elizabeth Court
Walnut Creek, CA 94596


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101


Jim Maggiore
5100-B1 Clayton Rd, Ste 373
Concord, CA 94521


John Maggiore
5100-B1 Clayton Rd, Ste 373
Concord, CA 94521

```
JPMorgan Chase Bank, NA
PO Box 6026
IL1-1145
Chicago, IL 60680


Karndean
1100 Pontiac Court
Bushy Run Corporate Park
Export, PA 15632


Law Offices of Steven L. Pollak
700 El Camino Real, Suite 201
Millbrae, CA 94030


Matter Surfaces
179 Campanelli Parkway
Stoughton, MA 02072


Robert Williams
5100-B1 Clayton Rd, Ste 373
Concord, CA 94521


Robust
310 W. Hamilton Ave #200
Campbell, CA 95008


State EDD
800 Capital Mall, MIC 53
Sacramento, CA 95814


State Fund
Attn. Premium Audit
Fresno, CA 93729
```

Steve De Figueiredo


Tarkett
30000 Aurora Rd
Solon, OH 44139


Tony Egan
725 Industrial Rd #A
San Carlos, CA 94070


Triwest
17690 Shideler Pkwy
Lathrop, CA 95330


Tuffy Transport
731 E. Yosemite Ave #B319
Merced, CA 95340


US Bank
800 Nicollet Mall
Minneapolis, MN 55402


West Auctions Inc
PO Box 278
Woodland, CA 95776


WSL
3200 E Trent Ave, Ste 3F
Spokane, WA 99202

# United States Bankruptcy Court
## Northern District of California

In re   **De Fig Flooring, Inc.**                 Case No. _____

                             Debtor(s)        Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **De Fig Flooring, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 26, 2024** _____

Date

          **/s/ Eddy Hsu** _____

          **Eddy Hsu**

          Signature of Attorney or Litigant

          Counsel for    **De Fig Flooring, Inc.**

          **Law Office of Eddy Hsu**

          **1900 South Norfolk Street, Suite 350**

          **San Mateo, CA 94403**

          **650-577-5950 Fax:650-240-0123**

          **eddyhsu@ehsulaw.com**